IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN DOYLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>　　　　Defendant. | No. 1:24-cv-12030-DJC-MPK |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

In advance of the oral argument on Defendant's Motion for Rule 11 Sanctions to Dismiss Plaintiffs' First Amended Complaint (Dkt. 27) scheduled for June 24, 2025, Plaintiffs are providing the Court with a copy of the transcript of the recent hearing before Magistrate Judge Robertson on an identical motion filed by Defendant in *Alleyne, et. al. v. Federal Express Corporation,* No. 1:24-cv-12031-RGS (D. Mass.), which is attached as Exhibit 1.

1

| | |
|---|---|
| Dated: April 30, 2025 | Respectfully submitted,<br><br>SEAN DOYLE et al,<br><br>By their attorneys<br><br>*s/ Shannon Liss-Riordan*<br>Shannon Liss-Riordan (BBO #640716)<br>Harold Lichten (BBO #549689)<br>Matthew Carrieri (BBO #705192)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, Massachusetts 02116<br>(617) 994-5800<br>sliss@llrlaw.com<br>hlichten@llrlaw.com<br>mcarrieri@llrlaw.com<br><br>Jeremy Abay (*pro hac vice*)<br>LICHTEN & LISS-RIORDAN, P.C.<br>76 E. Euclid Avenue, Suite 101<br>Haddonfield, New Jersey 08035<br>(856) 509-5346<br>jabay@llrlaw.com<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I caused a true and correct copy of the foregoing Motion to Refile to be filed with the Court's CM/ECF system, which constitutes service on Defendants, whose counsel are registered participants on that system.

*s/ Shannon Liss-Riordan*
Shannon Liss-Riordan