UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN DOYLE et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>        Defendant. | Case No.: 1:24-cv-12030-DJC-MPK |

**FEDERAL EXPRESS CORPORATION'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant Federal Express Corporation ("FedEx"), successor by merger to FedEx Ground Package System, Inc., moves the Court to dismiss Plaintiffs' First Amended Complaint under Rule 12(b)(6).

Plaintiffs' Amended Complaint brings an unpaid overtime claim and a declaratory judgment claim on behalf of 38 individual Plaintiffs. Both claims warrant dismissal under Rule 12(b)(6) for failure to state a claim. First, Plaintiffs' unpaid overtime claim contains only threadbare, conclusory allegations that simply parrot the statute and thus fail to state a plausible claim for relief as required under First Circuit case law. Second, Plaintiffs' declaratory judgment claims warrants dismissal because Plaintiffs lack standing to bring it, and because it is duplicative of their unpaid overtime claim.

FedEx's motion is supported by its concurrently filed memorandum in support.

### CERTIFICATE OF CONFERRAL

In accordance with Local Rule 7.1(a)(2), FedEx certifies it conferred with Plaintiffs' counsel about the relief sought in the motion. Plaintiffs oppose.

Dated:  August 14, 2025	Respectfully submitted,


/s/Jessica G. Scott
Jessica G. Scott (*pro hac vice*)
Macy Mize-Martinez (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:   303.244.1800
Facsimile:   303.244.1879
scott@wtotrial.com
mize-martinez@wtotrial.com

Michael A. Siedband (BBO #676888)
Joseph P. McHugh (*pro hac vice*)
Shanicka L. Kennedy (*pro hac vice*)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108
Telephone:   412.859.5917
Telephone:   412.859.5792
Facsimile:   412.859.5413
michael.siedband@fedex.com
joseph.mchugh@fedex.com
shanicka.kennedy@fedex.com

Attorneys for Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc.

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 14, 2025.

                                         *s/ Jessica G. Scott*