IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN DOYLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>　　　　Defendant. | No. 1:24-cv-12030-DJC-MPK |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.5.2, Jeremy Abay hereby moves for leave to withdraw his appearance as attorney of record in this matter. Shannon Liss-Riordan and Harold Lichten of Lichten & Liss-Riordan, P.C. will continue as attorneys of record on behalf of Plaintiffs. There will therefore be no disruption in the Court's calendar or representation of Plaintiffs in this action.

Dated: October 29, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_s/ Jeremy Abay_
　　　　　　　　　　　　　　　　　　　　Jeremy Abay (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　LICHTEN & LISS-RIORDAN, P.C.
　　　　　　　　　　　　　　　　　　　　30 Washington Avenue, Suite D-3
　　　　　　　　　　　　　　　　　　　　Haddonfield, NJ 08033
　　　　　　　　　　　　　　　　　　　　(856) 509-5346
　　　　　　　　　　　　　　　　　　　　jabay@llrlaw.com

　　　　　　　　　　　　　　　　　　　　*Withdrawing Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2025, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which constitutes service on Defendant, whose counsel are registered participants on that system.

                                       *s/ Jeremy Abay*
                                       Jeremy Abay